No. 83–5057.  ALSTON *v.* NEW YORK.  App. Div., Sup. Ct. N. Y., 4th Jud. Dept.  Certiorari denied.

No. 83–5059.  WOOD *v.* OKLAHOMA.  Ct. Crim. App. Okla. Certiorari denied.

No. 83–5065.  SAINTIL ET AL. *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 83–5066.  RYAN *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 83–5068.  COXWELL *v.* FORTNER, SUPERINTENDENT, AVON PARK CORRECTIONAL INSTITUTION, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 83–5069.  OAKIE *v.* UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 83–5070.  LEVY *v.* VIRGINIA.  Sup. Ct. Va.  Certiorari denied.

No. 83–5071.  PHIFER *v.* UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 83–5073.  GONZALES *v.* NEW MEXICO.  Ct. App. N. M. Certiorari denied.

No. 83–5074.  BELL *v.* ESTELLE, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS.  C. A. 5th Cir.  Certiorari denied.

No. 83–5075.  HARRIS *v.* LASTER ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 83–5076.  JOHNSON *v.* LOUISIANA ET AL.  C. A. 10th Cir. Certiorari denied.

No. 83–5078.  MOREJON-ORTEGA *v.* UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 83–5081.  DAVIS *v.* MCKENZIE, WAKE COUNTY REGISTER OF DEEDS, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 83–5082.  TUTT *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.